IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH LEE MARTINEZ,

    Petitioner,               No. CIV S-06-0831 GEB DAD P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA,

    Respondent.          <u>ORDER</u>
_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1]

        "A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition." <u>Stanley v. California Supreme Court</u>, 21 F.3d 359, 360 (9th Cir. 1994) (citing Rule 2(a), 28 U.S.C. foll. § 2254). Petitioner has named the People of the State of California as respondent in this action. This is not the proper respondent in this action. Accordingly, the instant petition must be dismissed with leave to amend so that

/////

---

[1] Petitioner initiated this action by filing a copy of his state petition for a writ of habeas corpus. On May 18, 2006, the court directed petitioner to file a federal petition and an application to proceed in forma pauperis.

1

petitioner can name the warden of the correctional facility where he is incarcerated.  See Stanley, 21 F.3d at 360.

Petitioner also has not filed his application requesting leave to proceed in forma pauperis as directed.  Petitioner explains in his letter filed on May 19, 2006, that he has submitted the application to the Litigations Office at Mule Creek State Prison on two occasions for completion of the certificate portion of the application form, but that the form has not been returned to him by prison officials.  The court will grant petitioner additional to submit the completed in forma pauperis application.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's application for writ of habeas corpus, filed on May 19, 2006, is dismissed with leave to file an amended petition within thirty days from the date of this order;

2. Any amended petition must be filed on the form employed by this court, must name the proper respondent, and must state all claims and prayers for relief on the form.[2]  It must bear the case number assigned to this action and must bear the title "Amended Petition";

3. Within thirty days from the date of this order, petitioner shall file his application requesting leave to proceed in forma pauperis; and

4. The Clerk of the Court is directed to send petitioner the form for habeas corpus application and the application for requesting leave to proceed in forma pauperis by a state prisoner.

DATED: May 31, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

---

[2] Petitioner is not required to submit his exhibits and other records in support of his claims at this time.

2