IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH LEE MARTINEZ,

    Petitioner,                       No. CIV S-06-0831 GEB DAD P

    vs.

ROSEANNE CAMPBELL, et al.,

    Respondents.                  <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 16, 2006, petitioner filed a motion for stay and abeyance. On October 27, 2006, respondents filed a request for an extension of time to respond to the amended petition and an opposition to petitioner's motion for a stay and abeyance. Respondents' request for an extension of time will be denied as unnecessary. On October 23, 2006, the court denied petitioner's motion for a stay and abeyance without prejudice to the filing of a new motion in compliance with the court's order and vacated that portion of the September 27, 2006 order which required respondents to file their response to the amended petition. Should petitioner file a new motion for a stay and abeyance, respondents will have thirty days from the date of service to file their opposition thereto, if any.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Respondents' October 27, 2006 request for an extension of time to file a response to the amended petition for a writ of habeas corpus, is denied as unnecessary;

2. Respondents' opposition to petitioner's October 16, 2006 motion for a stay and abeyance shall be placed in the file and disregarded; and

3. Should petitioner file a new motion for a stay and abeyance, respondents shall file their opposition or statement of non-opposition within thirty days from the date of service of the motion. Petitioner's reply, if any, shall be filed within fifteen days from the service of the opposition.

DATED: October 30, 2006.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
mart0831.oppo