1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KENNETH LEE MARTINEZ,

11          Petitioner,                    No. CIV S-06-0831 GEB DAD P

12      vs.

13   ROSEANNE CAMPBELL, et al.,

14          Respondents.          ORDER

15   _____/

16          Petitioner is a state prisoner proceeding pro se with an amended petition for a writ

17   of habeas corpus pursuant to 28 U.S.C. § 2254.  On October 31, 2006, the court ordered

18   petitioner to file a new motion for a stay and abeyance and for respondents to file their opposition

19   or statement of non-opposition within thirty days from the date of service of the motion.  The

20   motion for stay and abeyance was filed on November 17, 2006, but due to a docketing error, the

21   motion was not entered into the court's electronic filing system until December 11, 2006.

22          Therefore, IT IS HEREBY ORDERED that:

23          1.  Within thirty days from the service of this order, respondents shall file their

24   opposition or statement of non-opposition to petitioner's November 17, 2006 motion for a stay

25   and abeyance;

26   /////

1

1          2.  Petitioner's reply, if any, shall be filed within fifteen days from the service of

2    the opposition.

3    DATED: December 15, 2006.

4

5    _____

6    DAD:4                    DALE A. DROZD
     mart0831.Reot            UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26