IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH LEE MARTINEZ,

      Plaintiff,                      No. CIV 06-0831 ALA HC

vs.

ROSEANNE CAMPBELL, et al.

      Defendants.                  ORDER

_____/

      The "Motion for Documentation Addition" of the petition for a writ of mandate filed in the Court of Appeal of the State of California for the Third Appellate District, filed by Mr. Martinez on August 7, 2007, is ordered to be filed in this matter.

DATED: August 9, 2007

                                            /s/ Arthur L. Alarcón
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation