1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KENNETH LEE MARTINEZ,

12              Plaintiff,              No. CIV 06-0831 ALA HC

13        vs.

14   ROSEANNE CAMPBELL, et al.,

15              Defendants.            ORDER

16   _____/

17        In a separate order issued on August 9, 2007, the Court directed Mr. Martinez to show

18   cause, on or before September 6, 2007, why his motion for a stay and abeyance should not be

19   denied as moot due to his subsequent exhaustion of state remedies.  Mr. Martinez is hereby

20   ordered not to file any document in response to the order to cause that exceeds ten pages in

21   length.

22

23   DATED:  August 9, 2007

24                                    /s/ Arthur L. Alarcón
                                       UNITED STATES CIRCUIT  JUDGE
25                                    Sitting by Designation

26

27

28