IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH LEE MARTINEZ,

    Petitioner,                    No. CIV 06-0831 ALA HC

    vs.

ROSEANNE CAMPBELL, et al.,

    Respondents.                ORDER

_____/

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On August 10, 1007, Petitioner was ordered to show cause as to why his motion for stay and abeyance should not be denied as moot.  On September 4, 2007, Petitioner filed his response.  Respondents are now directed to reply to Petitioner's response.

      Therefore, IT IS HEREBY ORDERED that Respondent file a response to Petitioner's September 4, 2007, response to the court's order to show cause within twenty-eight (28) days from the date of this order.

/////

DATED: November 20, 2007

                                      /s/ Arthur L. Alarcón
                                      UNITED STATES CIRCUIT  JUDGE
                                      Sitting by Designation