IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH LEE MARTINEZ,

    Petitioner,                    Case No. 2:06-cv-0831 ALA (HC)

vs.

ROSEANNE CAMPBELL, et al.,

    Respondents.               **ORDER**

_____/

    On April 8, 2008, this Court ordered the parties to submit a seven-page brief regarding authorities material to the instant action. (Doc. 57). On April 23, 2008, Petitioner filed a "Motion For Enlargement Of Time" to file his brief (Doc. 58). Good cause appearing, Petitioner's request is GRANTED.

    Accordingly, IT IS HEREBY ORDERED that Petitioner submit the ordered brief on or before June 3, 2008.

/////

DATED: April 29, 2008

                                            /s/ Arthur L. Alarcón
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation