IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH LEE MARTINEZ,

    Petitioner,               Case No. 2:06-cv-00831 ALA (HC)

    vs.

ROSEANNE CAMPBELL, Warden, et al.

    Respondents.          <u>ORDER</u>

_____/

    On August 21, 2008, Petitioner Martinez filed a request to amend his habeas petition. (Doc. 62). IT IS HEREBY ORDERED that Respondents file a response to Petitioner's request on or before September 15, 2008.

/////

DATED: August 25, 2008

                                              /s/ Arthur L. Alarcón
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation