IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH LEE MARTINEZ,

    Petitioner,                      Case No. 2:06-cv-00831 ALA (HC)

vs.

ROSEANNE CAMPBELL, Warden,

    Respondent.                     <u>ORDER</u>

_____/

      On August 21, 2008, Petitioner Martinez filed a request to amend his habeas petition. (Doc. 62). On August 25, 2008, this Court ordered Respondent to file a response to Petitioner's request on or before September 15, 2008. (Doc. 63). Respondent has failed to respond or otherwise comply with this Court's order. Accordingly, Respondent is hereby ORDERED to show cause on or before September 26, 2008, why sanctions should not be imposed for Respondent's failure to comply with this Court's order.

/////

DATED: September 19, 2008

                                                        /s/ Arthur L. Alarcón
                                                        UNITED STATES CIRCUIT JUDGE
                                                        Sitting by Designation