IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH LEE MARTINEZ,

    Petitioner,                      Case No. 2:06-cv-00831 ALA (HC)

    vs.

ROSEANNE CAMPBELL, Warden,

    Respondent.                   <u>ORDER</u>

_____/

    Petitioner is state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254(a).

    On August 21, 2008, Petitioner Martinez filed a request to amend his application for a writ of habeas corpus. (Doc. 62). On August 25, 2008, this Court ordered Respondent to file a response to Petitioner's request, on or before September 15, 2008. (Doc. 63). Respondent failed to respond or otherwise comply with the Court's order. On September 19, 2008, this Court ordered Respondent to show cause, on or before September 26, 2008, why sanctions should not be imposed for failure to comply with this Court's order. (Doc. 65). On September 24, 2008, Respondents filed a response to the order to show cause in which Deputy Attorney General, Mark A. Johnson apologized to this Court for failure to comply with the order. (Doc. 67). Accordingly, good cause appearing, the order to show cause is hereby VACATED.

On September 24, 2008, the Respondent also filed a response to Petitioner's motion to amend the pending application for writ of habeas corpus. (Doc. 68). The Respondent has no objection to Petitioner's motion to amend his pending petition to add a new claim. (Doc. 68).

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's August 21, 2008 motion to amend the petition is GRANTED;
2. The September 19, 2008 order to show cause directed at Respondent is VACATED; and,
3. Petitioner shall amend his pending application for writ of habeas corpus, on or before October 22, 2008, raising only the exhausted claims in the pending petition and the additional claim raised in Petitioner's current motion to amend.

//////

DATED: September 29, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation