IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH LEE MARTINEZ,

    Petitioner,           Case No. 2:06-cv-00831 ALA (HC)

vs.

ROSEANNE CAMPBELL, Warden,

    Respondent.           <u>ORDER</u>
_____/

On September 19, 2008, Petitioner Martinez filed a motion for default judgment. (Doc. 66). That motion is DENIED. On October 2, 2008, Petitioner filed a motion for sanctions and a motion to dismiss (doc. 70) Respondent's response to the Court's September 19, 2008 order to show cause (doc. 65 and 67). Those motions are DENIED.

IT IS HEREBY ORDERED:

1. Petitioner's motion for default judgment is DENIED. (Doc. 66); and,

2. Petitioner's motion to dismiss Respondent's response to the Court's order to show cause and for sanctions is DENIED. (Doc. 70).

/////

DATED: October 3, 2008

                                                  /s/ Arthur L. Alarcón
                                                  UNITED STATES CIRCUIT JUDGE
                                                  Sitting by Designation