IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH LEE MARTINEZ,

    Petitioner,                        No. 2:06-cv-00831 ALA (HC )

    vs.

ROSEANNE CAMPBELL, Warden,          ORDER

    Respondent.

_____/

    On September 29, 2008, this Court granted Petitioner's motion to amend his application for a writ of habeas corpus and ordered Petitioner to file his amended petition on or before October 22, 2008. (doc. 69). October 20, 2008, Petitioner filed a "motion for an extension of time and motion to amend his two previously submitted habeas corpus petitions exhausted in the state court." (Doc. 73). On October 23, 2008, Petitioner filed an amended petition. (Doc. 74).

    Good cause appearing, IT IS HEREBY ORDERED that:

    1.    Petitioner's motion for an extension of time to file an amended petition is DENIED as moot; (Doc. 73);

    2.    Respondent shall file a response to Petitioner's amended petition on or before November 21, 2008; and

    3.    Petitioner shall file a traverse to Respondents response, if any, on or before December 12, 2008.

1  ////

2  DATED:  October 24, 2008

3                                             /s/ Arthur L. Alarcón

4                                             _____

5                                             UNITED STATES CIRCUIT JUDGE

6                                             Sitting by Designation