1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KENNETH LEE MARTINEZ,

11             Petitioner,                    Case No. 2:06-cv-00831 ALA (HC )

12        vs.

13   ROSEANNE CAMPBELL, Warden,               ORDER

14             Respondent.

15   _____/

16        On February 17, 2009, this court denied Petitioner Kenneth Lee Martinez' ("Petitioner")

17   application for a writ of habeas corpus.  (Doc. Nos. 74, 91.)  On March 16, 2009, Petitioner filed

18   a motion for reconsideration.  (Doc. No. 93.)  In this motion, Petitioner claims that he did not

19   know he needed to challenge the accuracy of the California Court of Appeal's factual findings.

20   *Id.* at 1-2.  Petitioner maintains that he had previously challenged the court's factual findings in

21   his motion for stay and abeyance (doc. no. 23).  *Id.* at 2.  Petitioner submits this version of the

22   facts as an exhibit to the motion for reconsideration.

23        This court has reviewed Petitioner's factual submission.  Petitioner's statement of facts

24   supplements the Court of Appeal's factual findings with additional, and extraneous, events.

25   Additionally, Petitioner's factual submission reiterates that the victim recanted at trial, and he

26   provides an explanation as to how the victim sustained her injuries.  These facts were already

1

1  considered by this court.  As the California Court of Appeal stated, and as this court included in

2  its order denying Petitioner's application for a writ of habeas corpus:

3           At trial, R. repudiated her prior accounts inculpating defendant,
            including her stories to the police and her preliminary hearing
4           testimony.  She claimed she assaulted defendant repeatedly during
            the episode, while defendant hit and kicked her only once near the
5           end of the episode and only in self-defense.  According to R., she
            was jealous about defendant's imagined infidelity and was drinking
6           heavily throughout the episode.  She suffered almost all her
            injuries either from falling off a gate when she jumped a fence at
7           the Thornton residence or from falling off a ladder when trying to
            kick defendant.

8

9  *People v. Martinez*, 23 Cal. Rptr. 3d 508, 512 (Cal. Ct. App. 2005).  Petitioner's factual

10  submission fails to differ from the evidence this court previously considered when it denied his

11  application for a writ of habeas corpus.

12           Based on the foregoing it is therefore ORDERED that:

13           1.        Petitioner's motion for reconsideration is DENIED; and,

14           2.        The clerk of the court shall notify Petitioner of this Order.

15  /////

16  DATED: March 18, 2009

17                                              /s/ Arthur L. Alarcón
                                                UNITED STATES CIRCUIT  JUDGE
18                                              Sitting by Designation

19

20

21

22

23

24

25

26

2